# DECLARATION OF DIANA L COURTEAU

I, Diana L. Courteau, declare as follows:

1. I am counsel for Plaintiff, Tattersalls Ltd., I am a 1982 graduate of USC Law School, and I am the managing partner at Courteau & Associates, counsel of record for Tattersalls Ltd., in this action. I make this Declaration in support of TATTERSALLS' OPPOSITION/SHORT STATEMENT CLARIFIATIONS IN RESPONSE TO WIENER DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE AN OVERSIZE BRIEF. All the facts stated in this Declaration are based on my personal knowledge and if called to testify concerning any of these facts, I could testify competently thereto under oath.

2. On September 25, 2017, I did receive a request to not oppose ex parte application for permission to file an oversize brief. I did agree to not oppose, as a courtesy, and provided there was a reciprocal stipulation. However, there was never any discussion that defense counsel would include statements that were substantive in nature in support of a 12(b)(6) motion, or that it would include misleading statements.

3. A true and correct copy of Plaintiffs' counsel's correspondence is attached as Exhibit No. 1 to my Declaration. It shows that I pointed out to Ms. Hansen that there was no longer any reasonable basis for a Federal Rule 12(b)(6) motion, and which she omitted.

4. If this Court is inclined to grant the oversize brief size, I would ask respectfully that Plaintiff's opposition be permitted to increase as well, and which I anticipate would be necessary.

///

_____1_____
*DECLARTION OF DIANA L. COURTEAU IN SUPPORT OF OPPOSITION/SHORT STATEMENT CLARIFICATIONS IN RESPONSE TO WIENER DEFENDANTS' EX PARTE APPLICATION*

1  I declare under penalty of perjury under the laws of the United States and the
2  State of California that the foregoing facts are true and correct.
3  Executed this 26th day of September 2017, at El Segundo, California.

            s/ Diana L Courteau
            Diana L Courteau

_____2_____
*DECLARTION OF DIANA L. COURTEAU IN SUPPORT OF OPPOSITION/SHORT STATEMENT CLARIFICATIONS IN RESPONSE TO WIENER DEFENDANTS' EX PARTE APPLICATION*