# EXHIBIT #7

# EXHIBIT #7

DIANA L. COURTEAU (CA SBN 113442)
NEIL M. KATSUYAMA (CA SBN 273172)
COURTEAU & ASSOCIATES
dianacourteau@msn.com
880 Apollo Street, Suite 246
El Segundo, CA 60245
Telephone: (310) 647-2844
Facsimile: (310) 647-2842

Attorneys for Plaintiff
TATTERSALLS LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATTERSALLS LTD., Incorporated in England | CASE NO.: CV11-06311 SJO (SHx) |
| Plaintiff, | COMPLAINT FOR: |
| v. | 1) BREACH OF CONTRACT; |
| | 2) SPECIFIC PERFORMANCE; |
| | 3) UNJUST ENRICHMENT; |
| | 4) CONVERSION; |
| JEFFREY DEHAVEN, an individual, | 5) TRESPASS TO CHATTELS |
| Defendant. | |

Comes now Plaintiff Tattersalls Ltd. ("Tattersalls"), by and through its counsel of record herein, and, for its complaint against Jeffrey DeHaven ("DeHaven") alleges as follows:

1

| | | |
|---|---|---|
| | | Judge S. James Otero. (Attachments: # 1 Exhibit Proposed Rule 60 Motion, # 2 Declaration Decl. of Katsuyama for Proposed Rule 60 Motion, # 3 Declaration Decl. of Bozarth for Proposed Rule 60 Motion, # 4 Proposed Order Proposed Order)(Courteau, Diana) (Entered: 01/05/2012) |
| 01/13/2012 | 45 | MEMORANDUM in Opposition to REQUEST for Ruling Proposed Rule 60 Motion to Amend Judgment 44 filed by Defendant Jeffrey DeHaven. (Chilleen, Michael) (Entered: 01/13/2012) |
| 01/23/2012 | 46 | REPLY in Support of REQUEST for Ruling Proposed Rule 60 Motion to Amend Judgment 44 filed by Plaintiff Tattersalls Ltd. (Courteau, Diana) (Entered: 01/23/2012) |
| 01/31/2012 | 47 | MINUTES (IN CHAMBERS): ORDER by Judge S. James Otero. The parties are advised that REQUEST FOR AN INDICATE RULING PURSUANT TO RULE 62.1, 44 scheduled for hearing on February 6, 2012, is taken under submission. Accordingly, the hearing date is vacated. Order will issue. (sch) (Entered: 01/31/2012) |
| 02/01/2012 | 48 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER GRANTING PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1, 44 .If the Ninth Circuit Court of Appeals grants a limited remand, the Court will grant Plaintiff's Rule 60(a) Motion. (lc) (Entered: 02/02/2012) |
| 04/16/2012 | 49 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 30 filed by Jeffrey DeHaven; Notice of Appeal to 9th Circuit Court of Appeals 41 filed by Tattersalls Ltd, CCA # 11-56923, 11-57165. These appeals are remanded for 60 days after the date of this order. SEE THE ORDER FOR THE REST OF THE DETAILS. Order received in this district on 4/16/2012. (dmap) (Entered: 04/18/2012) |
| 05/04/2012 | 50 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60 44 . (lc) (Entered: 05/04/2012) |
| 05/04/2012 | 51 | AMENDED JUDGMENT 21 by Judge S. James Otero : That judgment be entered in favor of Plaintiff on its claim for breach of contract. 2. That Plaintiff is awarded the following: (A) Full title, ownership, and right of possession to a racehorse by the name of Singapore Lilly;(B) Possession of registration papers related to Singapore Lilly, including but not limited to her registration papers issued by the Jockey Club; (C) Damages in the amount of $282,210.00 to compensate for the amount of depreciation in Singapore Lilly's value;(D) Interest on the purchase price of Singapore Lilly in the amount of $52,557.12; (E) Costs for the physical recovery and repossession of Singapore Lilly in the amount of $2,014; and (F) Attorneys' fees in the amount of $48,645.00. (lc) (Entered: 05/04/2012) |